# EXHIBIT

# "A"

Exhibit A

| | |
|---|---|
| **From:** | Sandra |
| **Sent:** | Thursday, September 23, 2021 3:52 PM |
| **To:** | Thomas Johnston; 'jhowlett@cgajlaw.com' |
| **Cc:** | 'michael@inzelbuchlaw.com' (michael@inzelbuchlaw.com); Bookkeeping |
| **Subject:** | H.K. (Kevelson)/East Bunswick et all - MII Invoice |
| **Attachments:** | 7-16-21 Not Final Invoice.pdf |

## 5th Request

**From:** Sandra
**Sent:** Friday, September 10, 2021 2:20 PM
**To:** Thomas Johnston <tjohnston@johnstonlawfirmllc.com>; 'jhowlett@cgajlaw.com' <jhowlett@cgajlaw.com>
**Cc:** 'michael@inzelbuchlaw.com' (michael@inzelbuchlaw.com) <michael@inzelbuchlaw.com>; Bookkeeping <bookkeeping@inzelbuchlaw.com>; Taylor <taylor@inzelbuchlaw.com>
**Subject:** FH.K. (Kevelson)/East Bunswick et all - MII Invoice

## 4th Request

**From:** Sandra
**Sent:** Monday, August 2, 2021 12:07 PM
**To:** Thomas Johnston <tjohnston@johnstonlawfirmllc.com>; 'jhowlett@cgajlaw.com' <jhowlett@cgajlaw.com>
**Cc:** 'michael@inzelbuchlaw.com' (michael@inzelbuchlaw.com) <michael@inzelbuchlaw.com>; Bookkeeping <bookkeeping@inzelbuchlaw.com>
**Subject:** FW: H.K. (Kevelson)/East Bunswick et all - MII Invoice

## 3rd request

**From:** Sandra
**Sent:** Friday, July 16, 2021 3:55 PM
**To:** Michael Inzelbuch <michael@inzelbuchlaw.com>; 'jhowlett@cgajlaw.com' <jhowlett@cgajlaw.com>
**Cc:** Thomas Johnston <tjohnston@johnstonlawfirmllc.com>; Bookkeeping <bookkeeping@inzelbuchlaw.com>
**Subject:** RE: H.K. (Kevelson)/East Bunswick et all - MII Invoice

## 2nd Request

**From:** Michael Inzelbuch <michael@inzelbuchlaw.com>
**Sent:** Tuesday, June 8, 2021 7:10 PM
**To:** 'jhowlett@cgajlaw.com' <jhowlett@cgajlaw.com>
**Cc:** Sandra <sandra@inzelbuchlaw.com>; Thomas Johnston <tjohnston@johnstonlawfirmllc.com>; Michael Inzelbuch <michael@inzelbuchlaw.com>; Bookkeeping <bookkeeping@inzelbuchlaw.com>
**Subject:** Fwd: H.K. (Kevelson)/East Bunswick et all - MII Invoice

1

June 8 ,2020

Jodi -

Good early evening.

See attached Statement of Services.

Please advise if you have any questions .

Please advise when we can expect payment.

Thanks

MII

-Please excuse sent from handheld phone

**From:** Sandra <sandra@inzelbuchlaw.com>
**Sent:** Tuesday, June 8, 2021 9:18:24 AM
**To:** Michael Inzelbuch <michael@inzelbuchlaw.com>
**Subject:** H.K. (Kevelson)/East Bunswick et all - MII Invoice

| 7/16/2021 | Slip Listing | Page | 1 |
| 3:50 PM | | | |

---

Selection Criteria

| Clie.Selection | Include: Kevelson, Hillel #2 | **✳ Not Final ✳** |
| Slip.Classification | Open | |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 134615          EXP<br>11/18/2019<br>WIP<br>Transcript Cost - CRT Support - Paid Check 6506 -<br>$165.90 | MII<br>Transcript<br>Kevelson, Hillel #2 | 1 | 165.90 | 165.90 |
| 134482          TIME<br>12/11/2019<br>WIP<br>Correspondence to Judge Bogan | MII<br>Correspondence<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 134483          EXP<br>12/11/2019<br>WIP<br>Fax - 3 @ $0.50 per page | MII<br>Fax<br>Kevelson, Hillel #2 | 3 | 0.50 | 1.50 |
| 134484          TIME<br>12/11/2019<br>WIP<br>Letter to client | MII<br>Correspondence<br>Kevelson, Hillel #2 | 0.42<br>0.00<br>0.42<br>0.00 | 475.00<br>C@1 | 197.92 |
| 134485          EXP<br>12/11/2019<br>WIP<br>Copying cost 6 @ $0.20 per page | MII<br>Photocopies<br>Kevelson, Hillel #2 | 6 | 0.20 | 1.20 |
| 134486          EXP<br>12/11/2019<br>WIP<br>Postage 1 @ $0.50 each | MII<br>Postage<br>Kevelson, Hillel #2 | 1 | 0.50 | 0.50 |
| 134640          TIME<br>12/31/2019<br>WIP<br>Correspondence to Judge Bogan | MII<br>Correspondence<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |

7/16/2021                                          Slip Listing                                          Page      2
3:50 PM

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---------|--|-----------|-------|------|-----------|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 134641 | EXP | MII | 2 | 0.50 | 1.00 |
| 12/31/2019 | | Fax | | | |
| WIP | | Kevelson, Hillel #2 | | | |
| Fax 2 @ $0.50 each | | | | | |
| 134819 | TIME | MII | 0.83 | 475.00 | 395.83 |
| 1/13/2020 | | Prep Pleadings | 0.00 | C@1 | |
| WIP | | Kevelson, Hillel #2 | 0.83 | | |
| Preparation of pleadings - Drafting and filing of an | | | 0.00 | | |
| Answer to East Brunswick Petition; review of file | | | | | |
| and notes | | | | | |
| 134820 | EXP | MII | 16 | 0.50 | 8.00 |
| 1/13/2020 | | Fax | | | |
| WIP | | Kevelson, Hillel #2 | | | |
| Fax - 16 @ $0.50 per page | | | | | |
| 134821 | EXP | MII | 24 | 0.20 | 4.80 |
| 1/13/2020 | | Photocopies | | | |
| WIP | | Kevelson, Hillel #2 | | | |
| Copying cost 24 @ $0.20 per page | | | | | |
| 134822 | EXP | MII | 5 | 0.50 | 2.50 |
| 1/13/2020 | | Postage | | | |
| WIP | | Kevelson, Hillel #2 | | | |
| Postage - 5 @ $0.50 each | | | | | |
| 136245 | TIME | MII | 4.17 | 475.00 | 1979.17 |
| 1/16/2020 | | Court | 0.00 | C@1 | |
| WIP | | Kevelson, Hillel #2 | 4.17 | | |
| Court Appearance - Travel time to OAL (Mercerville); | | | 0.00 | | |
| preparation; attendance and participation in initial | | | | | |
| conference; pre and post review and follow-up | | | | | |
| 136246 | TIME | MII | 0.58 | 475.00 | 277.08 |
| 1/16/2020 | | Correspondence | 0.00 | C@1 | |
| WIP | | Kevelson, Hillel #2 | 0.58 | | |
| Transcript request to CRT | | | 0.00 | | |
| 135004 | TIME | MII | 0.83 | 475.00 | 395.83 |
| 1/21/2020 | | Prep Pleadings | 0.00 | C@1 | |
| WIP | | Kevelson, Hillel #2 | 0.83 | | |
| Preparation of pleadings - Drafting and submission | | | 0.00 | | |
| to ALJ; review of file and notes; discussions and | | | | | |
| communications; follow-up; legal research | | | | | |

7/16/2021
3:50 PM

Slip Listing

Page     3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 135005<br>1/21/2020<br>WIP<br>UPS overnight mail 3 @ $35.00 each | EXP | MII<br>UPS<br>Kevelson, Hillel #2 | 3 | 35.00 | 105.00 |
| 135006<br>1/21/2020<br>WIP<br>Postage 1 @ $6.80 each | EXP | MII<br>Postage<br>Kevelson, Hillel #2 | 1 | 6.80 | 6.80 |
| 135007<br>1/21/2020<br>WIP<br>Copying cost 540 @ $0.20 per page | EXP | MII<br>Photocopies<br>Kevelson, Hillel #2 | 540 | 0.20 | 108.00 |
| 135104<br>1/21/2020<br>WIP<br>Conference with Judge Olgiati; J. Howlett, Esq.; T. Johnston, Esq.; preparation and participation in telephone conference call; review of file and notes; follow-up | TIME | MII<br>Conference<br>Kevelson, Hillel #2 | 1.17<br>0.00<br>1.17<br>0.00 | 475.00<br>C@1 | 554.17 |
| 135111<br>1/22/2020<br>WIP<br>Conference with Judge Olgiati; J. Howlett, Esq.; T. Johnston, Esq.; preparation and participation in conference; review of file and notes; research | TIME | MII<br>Conference<br>Kevelson, Hillel #2 | 1.17<br>0.00<br>1.17<br>0.00 | 475.00<br>C@1 | 554.17 |
| 135112<br>1/22/2020<br>WIP<br>Transcript request to CRT | TIME | MII<br>Correspondence<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 135294<br>1/30/2020<br>WIP<br>Conference with Judge Olgiati; J. Howlett; T. Johnston, Esq. preparation and participation in conference call; review of file and notes; follow-up | TIME | MII<br>Conference<br>Kevelson, Hillel #2 | 1.33<br>0.00<br>1.33<br>0.00 | 475.00<br>C@1 | 633.33 |
| 135295<br>1/30/2020<br>WIP<br>Transcript request to CRT | TIME | MII<br>Correspondence<br>Kevelson, Hillel #2 | 0.50<br>0.00<br>0.50<br>0.00 | 475.00<br>C@1 | 237.50 |

7/16/2021
3:50 PM

Slip Listing

Page    4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 135335          TIME<br>2/3/2020<br>WIP<br>Preparation of pleadings - Submission to Judge<br>Olgiati; review of file and notes; communications;<br>follow-up | MII<br>Prep Pleadings<br>Kevelson, Hillel #2 | 1.17<br>0.00<br>1.17<br>0.00 | 475.00<br>C@1 | 554.17 |
| 135336          EXP<br>2/3/2020<br>WIP<br>UPS overnight mail 3 @ $35.00 each | MII<br>UPS<br>Kevelson, Hillel #2 | 3 | 35.00 | 105.00 |
| 135337          EXP<br>2/3/2020<br>WIP<br>Postage 1 @ $4.80 each | MII<br>Postage<br>Kevelson, Hillel #2 | 1 | 4.80 | 4.80 |
| 135338          EXP<br>2/3/2020<br>WIP<br>Copying cost 230 @ $0.20 per page | MII<br>Photocopies<br>Kevelson, Hillel #2 | 230 | 0.20 | 46.00 |
| 135462          TIME<br>2/4/2020<br>WIP<br>Court Appearance - Travel time to OAL (Mercerville);<br>pre and post review; attendance, preparation and<br>participation in proceeding before ALJ Olgiati | MII<br>Court<br>Kevelson, Hillel #2 | 4.33<br>0.00<br>4.33<br>0.00 | 475.00<br>C@1 | 2058.33 |
| 135463          TIME<br>2/4/2020<br>WIP<br>Transcript request to CRT | MII<br>Correspondence<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 136277          EXP<br>3/10/2020<br>WIP<br>Transcript Cost - CRT Support - Paid Check 6869 -<br>$106.65 | MII<br>Transcript<br>Kevelson, Hillel #2 | 1 | 106.65 | 106.65 |
| 136290          EXP<br>3/10/2020<br>WIP<br>Transcript Cost - CRT Support - Invoice 13951 -<br>Paid Check 6883 - $337.50 | MII<br>Transcript<br>Kevelson, Hillel #2 | 1 | 337.50 | 337.50 |

7/16/2021
3:50 PM

Slip Listing

Page    5

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 136435            TIME<br>4/21/2020<br>WIP<br>Review 4-21-20 Johnston to District Court | MII<br>Review<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 136468            TIME<br>4/27/2020<br>WIP<br>Review T. Johnston Reply to Motion; review of file<br>and notes; Communications with Parents | MII<br>Review<br>Kevelson, Hillel #2 | 0.75<br>0.00<br>0.75<br>0.00 | 475.00<br>C@1 | 366.25 |
| 136502            TIME<br>4/27/2020<br>WIP<br>Correspondence to Judge Thompson | MII<br>Correspondence<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 136611            TIME<br>5/7/2020<br>WIP<br>Conference with Judge Thompson; J. Howlett, Esq.;<br>T. Johnston, Esq.; preparation and participation in<br>conference call; review of file and notes | MII<br>Conference<br>Kevelson, Hillel #2 | 1.33<br>0.00<br>1.33<br>0.00 | 475.00<br>C@1 | 633.33 |
| 136848            TIME<br>5/26/2020<br>WIP<br>Review e-mails from parents; respond; review file<br>and notes | MII<br>Review<br>Kevelson, Hillel #2 | 0.42<br>0.00<br>0.42<br>0.00 | 475.00<br>C@1 | 197.92 |
| 136877            TIME<br>5/26/2020<br>WIP<br>Preparation of pleadings - Drafting and filing of<br>Enforcement Request; review file and notes | MII<br>Prep Pleadings<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 136909            TIME<br>5/27/2020<br>WIP<br>Review Notice of Appeal filed by T. Johnston, Esq. | MII<br>Review<br>Kevelson, Hillel #2 | 0.42<br>0.00<br>0.42<br>0.00 | 475.00<br>C@1 | 197.92 |
| 137152            TIME<br>5/29/2020<br>WIP<br>Review Johnston Notice of Appeal | MII<br>Review<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 137174            TIME<br>6/12/2020<br>WIP | MII<br>Prep Pleadings<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58 | 475.00<br>C@1 | 277.08 |

7/16/2021
3:50 PM

Slip Listing

Page      6

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Preparation of pleadings - Drafting and Filing of<br>Notice of Appearance | | 0.00 | | |
| 137247          TIME<br>6/15/2020<br>WIP<br>Conference with Judge Olgiati; J. Howlett, Esq.; T.<br>Johnston, Esq.; preparation and participation | MII<br>Conference<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 137248          TIME<br>6/15/2020<br>WIP<br>Transcript request to CRT | MII<br>Correspondence<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 137561          TIME<br>6/16/2020<br>WIP<br>Review Hatikvah Amended Answer and Cross<br>Petition | MII<br>Review<br>Kevelson, Hillel #2 | 0.83<br>0.00<br>0.83<br>0.00 | 475.00<br>C@1 | 395.83 |
| 137562          TIME<br>7/1/2020<br>WIP<br>Review Hatikvah Concise Summary of the Case 3rd<br>Cir | MII<br>Review<br>Kevelson, Hillel #2 | 0.75<br>0.00<br>0.75<br>0.00 | 475.00<br>C@1 | 356.25 |
| 137749          TIME<br>7/6/2020<br>WIP<br>Conference with Judge Olgiati; T. Johnston, Esq.; J.<br>Howlett, Esq.; preparation and participation in<br>conference call | MII<br>Conference<br>Kevelson, Hillel #2 | 0.75<br>0.00<br>0.75<br>0.00 | 475.00<br>C@1 | 356.25 |
| 137759          TIME<br>7/6/2020<br>WIP<br>Conference with Judge Olgiati; T. Johnston, Esq.; J.<br>Howlett, Esq.; preparation and participation in call | MII<br>Conference<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 137760          TIME<br>7/6/2020<br>WIP<br>Transcript request to CRT | MII<br>Correspondence<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |

7/16/2021
3:50 PM

Slip Listing

Page      7

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 137952          TIME 7/20/2020 WIP Review Johnston Motion for Summary Decision | MII Review Kevelson, Hillel #2 | 1.33 0.00 1.33 0.00 | 475.00 C@1 | 633.33 |
| 138121          EXP 7/24/2020 WIP Transcript Cost - CRT Support Corp - Invoice 14240 - Paid Check 7198 - $99.00 | MII Transcript Kevelson, Hillel #2 | 1 | 24.00 | 24.00 |
| 138128          EXP 7/24/2020 WIP Transcript Cost - CRT Support - Invoice 14101 - Paid Check 7203 - $276.50 | MII Transcript Kevelson, Hillel #2 | 1 | 276.50 | 276.50 |
| 138144          EXP 7/24/2020 WIP Transcript Cost - CRT Support - Invoice 14206 - Paid Check 7219 - $103.50 | MII Transcript Kevelson, Hillel #2 | 1 | 103.50 | 103.50 |
| 138165          TIME 7/28/2020 WIP Preparation of pleadings - Drafting and submission of Response to Motion of T. Johnston, Esq.; review of file and notes; communications; legal research | MII Prep Pleadings Kevelson, Hillel #2 | 2.67 0.00 2.67 0.00 | 475.00 C@1 | 1266.67 |
| 138166          EXP 7/28/2020 WIP UPS overnight mail 3 @ $35.00 each | MII UPS Kevelson, Hillel #2 | 3 | 35.00 | 105.00 |
| 138167          EXP 7/28/2020 WIP Copying cost - 224 @ $0.20 per page | MII Photocopies Kevelson, Hillel #2 | 224 | 0.20 | 44.80 |
| 138168          TIME 7/28/2020 WIP Review Howlett, Esq.Opposition to T. Johnson, Esq Motion; communications with parents | MII Review Kevelson, Hillel #2 | 1.17 0.00 1.17 0.00 | 475.00 C@1 | 554.17 |

7/16/2021
3:50 PM

Slip Listing

Page     8

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 138184          TIME<br>7/29/2020<br>WIP<br>Preparation of pleadings - Drafting and submission of Position Papers to US Court of Appeals for Third Circuit; review of file and notes; communications and research | Mii<br>Prep Pleadings<br>Kevelson, Hillel #2 | 5.33<br>0.00<br>5.33<br>0.00 | 475.00<br>C@1 | 2533.33 |
| 138376          EXP<br>8/3/2020<br>WIP<br>Lexis - Legal Research - $187.00 | Mii<br>LEXIS<br>Kevelson, Hillel #2 | 1 | 187.00 | 187.00 |
| 138379          TIME<br>8/3/2020<br>WIP<br>Review Judge Quarashi's Memorandum Opinion | Mii<br>Review<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 138380          TIME<br>8/3/2020<br>WIP<br>Review Letter Brief in Further support of Motion for Summary Decision filed by T. Johnston, Esq. | Mii<br>Review<br>Kevelson, Hillel #2 | 0.92<br>0.00<br>0.92<br>0.00 | 475.00<br>C@1 | 435.42 |
| 138470          TIME<br>8/11/2020<br>WIP<br>Review e-mails from parents; respond | Mii<br>Review<br>Kevelson, Hillel #2 | 0.25<br>0.00<br>0.25<br>0.00 | 475.00<br>C@1 | 118.75 |
| 138543          TIME<br>8/12/2020<br>WIP<br>Conference with client; preparation and participation in conference call; communications and follow-up | Mii<br>Conference<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 138648          TIME<br>8/20/2020<br>WIP<br>Court Appearance - Preparation and participation in Mediation with Third Circuit Mediate Penny Conly Ellison; follow-up | Mii<br>Court<br>Kevelson, Hillel #2 | 2.08<br>0.00<br>2.08<br>0.00 | 475.00<br>C@1 | 989.58 |
| 138829          TIME<br>9/1/2020<br>WIP<br>Meeting - Preparation and participation via ZOOM in Re-Evaluation meeting; follow-up | Mii<br>Meeting<br>Kevelson, Hillel #2 | 1.17<br>0.00<br>1.17<br>0.00 | 475.00<br>C@1 | 554.17 |

7/16/2021
3:50 PM

Slip Listing

Page    9

| Slip ID Dates and Time Posting Status Description | | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 138970 9/9/2020 WIP Lexis - Legal Research - $167.00 | EXP | MII LEXIS Kevelson, Hillel #2 | 1 | 167.00 | 167.00 |
| 138982 9/10/2020 WIP Preparation of pleadings - Drafting and filing of Enforcement Action | TIME | MII Prep Pleadings Kevelson, Hillel #2 | 0.75 0.00 0.75 0.00 | 475.00 C@1 | 356.25 |
| 138983 9/10/2020 WIP UPS overnight mail 2 @ $35.00 each | EXP | MII UPS Kevelson, Hillel #2 | 2 | 35.00 | 70.00 |
| 138984 9/10/2020 WIP Copying cost - 448 @ $0.20 per page | EXP | MII Photocopies Kevelson, Hillel #2 | 448 | 0.20 | 89.60 |
| 139016 9/11/2020 WIP Preparation of pleadings - Drafting and submission of Sur-Reply Opposition; review of file and notes; legal research; communications and follow-up | TIME | MII Prep Pleadings Kevelson, Hillel #2 | 3.50 0.00 3.50 0.00 | 475.00 C@1 | 1662.50 |
| 139017 9/11/2020 WIP UPS overnight mail 3 @ $35.00 each | EXP | MII UPS Kevelson, Hillel #2 | 3 | 35.00 | 105.00 |
| 139286 9/24/2020 WIP Court Appearance - via ZOOM; preparation and participation in Zoom Oral Argument with Judge and Attorneys; review of file and notes | TIME | MII Court Kevelson, Hillel #2 | 1.17 0.00 1.17 0.00 | 475.00 C@1 | 554.17 |
| 139287 9/24/2020 WIP Transcript request to CRT | TIME | MII Correspondence Kevelson, Hillel #2 | 0.58 0.00 0.58 0.00 | 475.00 C@1 | 277.08 |
| 139405 10/1/2020 WIP | TIME | MII Prep Pleadings Kevelson, Hillel #2 | 3.17 0.00 3.17 | 475.00 C@1 | 1504.17 |

Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Preparation of pleadings - Drafting and filing of Brief in 3rd circuit court of appeals; legal research; discussions; follow-up; review of file and notes | | 0.00 | | |
| 139582<br>10/13/2020<br>WIP<br>Review e-mails and documents from parents; respond | TIME<br>Review<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 139583<br>10/13/2020<br>WIP<br>Lexis - Legal Research - $483.00 | EXP<br>LEXIS<br>Kevelson, Hillel #2 | 1 | 483.00 | 483.00 |
| 139656<br>10/16/2020<br>WIP<br>Review 10-16-20 Johnston to Clerk of Appeals | TIME<br>Review<br>Kevelson, Hillel #2 | 0.42<br>0.00<br>0.42<br>0.00 | 475.00<br>C@1 | 197.92 |
| 139766<br>10/16/2020<br>WIP<br>Transcript Cost - CRT Support - Invoice 14376 - Paid Check 7408 - $99.00 | EXP<br>Transcript<br>Kevelson, Hillel #2 | 1 | 99.00 | 99.00 |
| 139938<br>10/23/2020<br>WIP<br>Communications with parents; review of file and notes; responses | TIME<br>Communications<br>Kevelson, Hillel #2 | 0.33<br>0.00<br>0.33<br>0.00 | 475.00<br>C@1 | 158.33 |
| 140254<br>10/28/2020<br>WIP<br>Preparation of pleadings - Enforcement Request to OSEP; review file and notes | TIME<br>Prep Pleadings<br>Kevelson, Hillel #2 | 0.75<br>0.00<br>0.75<br>0.00 | 475.00<br>C@1 | 356.25 |
| 140089<br>11/3/2020<br>WIP<br>Lexis - legal research - $167.00 | EXP<br>LEXIS<br>Kevelson, Hillel #2 | 1 | 167.00 | 167.00 |
| 140369<br>11/12/2020<br>WIP<br>Review Hatikvah Motion to File Under Seal | TIME<br>Review<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |

7/16/2021
3:50 PM

Slip Listing

Page    11

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 140370<br>11/17/2020<br>WIP<br>Review 11-17-20 Johnston Motion to Judge Olgiati | TIME | MII<br>Review<br>Kevelson, Hillel #2 | 0.67<br>0.00<br>0.67<br>0.00 | 475.00<br>C@1 | 316.67 |
| 140510<br>11/25/2020<br>WIP<br>Conference with Judge Olgiati; J. Howlett, Esq.;<br>Preparation and participation in conference call;<br>follow-up | TIME | MII<br>Conference<br>Kevelson, Hillel #2 | 0.42<br>0.00<br>0.42<br>0.00 | 475.00<br>C@1 | 197.92 |
| 140511<br>11/25/2020<br>WIP<br>Transcript request to CRT | TIME | MII<br>Correspondence<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 140628<br>11/30/2020<br>WIP<br>Lexis - Legal Research | EXP | MII<br>LEXIS<br>Kevelson, Hillel #2 | 1 | 483.00 | 483.00 |
| 140629<br>11/30/2020<br>WIP<br>Review Brief filed by J. Howlett, Esq. | TIME | MII<br>Review<br>Kevelson, Hillel #2 | 1.33<br>0.00<br>1.33<br>0.00 | 475.00<br>C@1 | 633.33 |
| 140630<br>12/1/2020<br>WIP<br>Review 12-1-20 East Brunswick's Amended Petition<br>for Due Process | TIME | MII<br>Review<br>Kevelson, Hillel #2 | 1.08<br>0.00<br>1.08<br>0.00 | 475.00<br>C@1 | 514.58 |
| 141859<br>12/31/2020<br>WIP<br>Transcript Cost - CRT Support - Paid Check 7628 -<br>$211.50 | EXP | MII<br>Transcript<br>Kevelson, Hillel #2 | 1 | 211.50 | 211.50 |
| 141865<br>12/31/2020<br>WIP<br>Transcript Cost - CRT Support - Paid Check 7634 -<br>$45.00 | EXP | MII<br>Transcript<br>Kevelson, Hillel #2 | 1 | 45.00 | 45.00 |

7/16/2021
3:50 PM

Slip Listing

Page    12

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 141534          TIME<br>1/12/2021<br>WIP<br>Correspondence to Judge Olgiati | MII<br>Correspondence<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 141727          TIME<br>1/14/2021<br>WIP<br>Court Appearance (telephonically); preparation and<br>participation in proceeding with Judge Olgiati; J.<br>Howlett, Esq.; T. Johnston, Esq. | MII<br>Court<br>Kevelson, Hillel #2 | 0.92<br>0.00<br>0.92<br>0.00 | 475.00<br>C@1 | 435.42 |
| 141728          TIME<br>1/14/2021<br>WIP<br>Transcript request to CRT | MII<br>Correspondence<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 141710          TIME<br>1/19/2021<br>WIP<br>Review numerous documents and communications<br>with T. Johnston, Esq.; communications with the<br>OAL | MII<br>Review<br>Kevelson, Hillel #2 | 0.75<br>0.00<br>0.75<br>0.00 | 475.00<br>C@1 | 356.25 |
| 141778          TIME<br>1/21/2021<br>WIP<br>Review of records from Laurel School | MII<br>Review<br>Kevelson, Hillel #2 | 0.92<br>0.00<br>0.92<br>0.00 | 475.00<br>C@1 | 435.42 |
| 141798          TIME<br>1/21/2021<br>WIP<br>Preparation and participation in conference call with<br>parents; review and follow-up | MII<br>Conference<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 141957          TIME<br>1/26/2021<br>WIP<br>Conference with client; preparation and participation<br>in call | MII<br>Conference<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 142360          TIME<br>2/12/2021<br>WIP<br>Review 2-12-21 Howlett to counsel with documents | MII<br>Review<br>Kevelson, Hillel #2 | 2.33<br>0.00<br>2.33<br>0.00 | 475.00<br>C@1 | 1108.33 |

7/16/2021
3:50 PM

Slip Listing

Page    13

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 142361 | EXP | Mil | 781 | 0.20 | 156.20 |
| 2/12/2021 | | Photocopies | | | |
| WIP | | Kevelson, Hillel #2 | | | |
| Copying cost 781 @ $0.20 per page | | | | | |
| 142295 | TIME | Mil | 0.58 | 475.00 | 277.08 |
| 2/16/2021 | | Correspondence | 0.00 | C@1 | |
| WIP | | Kevelson, Hillel #2 | 0.58 | | |
| Correspondence to Judge Olgiati | | | 0.00 | | |
| 142316 | TIME | Mil | 0.67 | 475.00 | 316.67 |
| 2/16/2021 | | Court | 0.00 | C@1 | |
| WIP | | Kevelson, Hillel #2 | 0.67 | | |
| Court Appearance - Telephonic - Preparation and | | | 0.00 | | |
| participation in conference call with Judge Olgiati; J. | | | | | |
| Howlett, Esq.; T. Johnston, Esq.; review of file and | | | | | |
| notes; follow-up | | | | | |
| 142438 | EXP | Mil | 1 | 216.00 | 216.00 |
| 2/17/2021 | | Transcript | | | |
| WIP | | Kevelson, Hillel #2 | | | |
| Transcript Cost - CRT Support - Invoice 14592 - | | | | | |
| Paid Check 7758 - $216.00 | | | | | |
| 142533 | TIME | Mil | 5.67 | 475.00 | 2691.67 |
| 2/24/2021 | | Prep Pleadings | 0.00 | C@1 | |
| WIP | | Kevelson, Hillel #2 | 5.67 | | |
| Preparation of pleadings - Drafting and submission | | | 0.00 | | |
| of Initial Witness List; drafting of Proposed Initial | | | | | |
| Joint Binders/Exhibit List; review of file and notes | | | | | |
| 142572 | TIME | Mil | 0.75 | 475.00 | 356.25 |
| 2/26/2021 | | Review | 0.00 | C@1 | |
| WIP | | Kevelson, Hillel #2 | 0.75 | | |
| Review 2-26-21 Johnston Witness/Document list | | | 0.00 | | |
| 142854 | TIME | Mil | 0.42 | 475.00 | 197.92 |
| 3/10/2021 | | Conference | 0.00 | C@1 | |
| WIP | | Kevelson, Hillel #2 | 0.42 | | |
| Conference with client; review of communications | | | 0.00 | | |
| and follow-ups | | | | | |
| 142879 | TIME | Mil | 0.25 | 475.00 | 118.75 |
| 3/11/2021 | | Communications | 0.00 | C@1 | |
| WIP | | Kevelson, Hillel #2 | 0.25 | | |
| Communications with parents | | | 0.00 | | |

7/16/2021
3:50 PM
Slip Listing
Page    14

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 143094 | EXP | Mll | 1 | 100.00 | 100.00 |
| 3/12/2021 | | Records | | | |
| WIP | | Kevelson, Hillel #2 | | | |
| Highland Park Pediatrics - Paid Check 7834 - $100.00 | | | | | |
| 143135 | TIME | Mll | 7.92 | 475.00 | 3760.42 |
| 3/17/2021 | | Court | 0.00 | C@1 | |
| WIP | | Kevelson, Hillel #2 | 7.92 | | |
| Court Appearance - via ZOOM - preparation and participation in Zoom Hearing with ALJ Olgiati; J. Howlett, Esq.; T. Johnston, Esq.; parents; follow-up | | | 0.00 | | |
| 143136 | TIME | Mll | 0.58 | 475.00 | 277.08 |
| 3/17/2021 | | Correspondence | 0.00 | C@1 | |
| WIP | | Kevelson, Hillel #2 | 0.58 | | |
| Transcript request to CRT | | | 0.00 | | |
| 143247 | TIME | Mll | 8.67 | 475.00 | 4116.67 |
| 3/24/2021 | | Court | 0.00 | C@1 | |
| WIP | | Kevelson, Hillel #2 | 8.67 | | |
| Court Appearance - via ZOOM - Preparation and participation in Zoom Hearing before Judge Olgiati; T. Johnston, Esq.; J. Howlett, Esq.; pre and post review and follow-up | | | 0.00 | | |
| 143248 | TIME | Mll | 0.58 | 475.00 | 277.08 |
| 3/24/2021 | | Correspondence | 0.00 | C@1 | |
| WIP | | Kevelson, Hillel #2 | 0.58 | | |
| Transcript request to CRT | | | 0.00 | | |
| 143770 | EXP | Mll | 1 | 1100.00 | 1100.00 |
| 3/26/2021 | | MISCELLANEOUS | | | |
| WIP | | Kevelson, Hillel #2 | | | |
| YSA Productions - Paid Check 7880 - $1,100 (3/17/21 zoom) | | | | | |
| 143487 | TIME | Mll | 1.17 | 475.00 | 554.17 |
| 4/12/2021 | | Court | 0.00 | C@1 | |
| WIP | | Kevelson, Hillel #2 | 1.17 | | |
| Court Appearance - via ZOOM; preparation and participation in proceeding before 3rd Circuit Court of Appeals | | | 0.00 | | |
| 143514 | TIME | Mll | 0.58 | 475.00 | 277.08 |
| 4/13/2021 | | Court | 0.00 | C@1 | |
| WIP | | Kevelson, Hillel #2 | 0.58 | | |
| Court Appearance - Telephonic - Preparation and | | | 0.00 | | |

7/16/2021
3:50 PM

Slip Listing

Page    15

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| participation in conference call with ALJ Olgiati; J. Howlett, Esq.; T. Johnston, Esq.; follow-up | | | | |
| 143515        TIME<br>4/13/2021<br>WIP<br>Transcript request to CRT | MII<br>Correspondence<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 143545        EXP<br>4/15/2021<br>WIP<br>Copying cost 500 @ $0.20 per page | MII<br>Photocopies<br>Kevelson, Hillel #2 | 500 | 0.20 | 100.00 |
| 143546        EXP<br>4/15/2021<br>WIP<br>UPS overnight mail 4 @ $35.00 each | MII<br>UPS<br>Kevelson, Hillel #2 | 4 | 35.00 | 140.00 |
| 143562        TIME<br>4/15/2021<br>WIP<br>Court Appearance - Preparation and participation in ZOOM Hearing with ALJ Olgiat; J Howlett, Esq.; T. Johnston, Esq.; Clients; follow-up | MII<br>Court<br>Kevelson, Hillel #2 | 4.50<br>0.00<br>4.50<br>0.00 | 475.00<br>C@1 | 2137.50 |
| 143563        TIME<br>4/15/2021<br>WIP<br>Transcript request to CRT | MII<br>Correspondence<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 143684        TIME<br>4/20/2021<br>WIP<br>Preparation of pleadings - Complaint Investigation; review of file and notes | MII<br>Prep Pleadings<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |
| 143685        EXP<br>4/20/2021<br>WIP<br>UPS 4 @ $35.00 each | MII<br>UPS<br>Kevelson, Hillel #2 | 4 | 35.00 | 140.00 |
| 143686        EXP<br>4/20/2021<br>WIP<br>Copying cost - 32 @ $0.20 per page | MII<br>Photocopies<br>Kevelson, Hillel #2 | 32 | 0.20 | 6.40 |

7/16/2021
3:50 PM

Slip Listing

Page      16

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 143819<br>4/26/2021<br>WIP<br>Transcript Cost - CRT Support - Invoice 14738 -<br>Paid Check 7973 - $1,534.50 | EXP | MII<br>Transcript<br>Kevelson, Hillel #2 | 1 | 1534.50 | 1534.50 |
| 143922<br>4/30/2021<br>WIP<br>Preparation of pleadings - Drafting and submission<br>to Judge Olgiati; review of file and notes | TIME | MII<br>Prep Pleadings<br>Kevelson, Hillel #2 | 0.67<br>0.00<br>0.67<br>0.00 | 475.00<br>C@1 | 316.67 |
| 144184<br>4/30/2021<br>WIP<br>YSA productions - 3/24/21 - Paid Check 7991<br>$1,700.00 | EXP | MII<br>MISCELLANEOUS<br>Kevelson, Hillel #2 | 1 | 1700.00 | 1700.00 |
| 144188<br>4/30/2021<br>WIP<br>YSA Productions (4/7/21) $200.00 Paid Check 7992 | EXP | MII<br>MISCELLANEOUS<br>Kevelson, Hillel #2 | 1 | 200.00 | 200.00 |
| 144194<br>4/30/2021<br>WIP<br>YSA Productions (4/12/21) Paid Check 7993 -<br>$200.00 | EXP | MII<br>MISCELLANEOUS<br>Kevelson, Hillel #2 | 1 | 200.00 | 200.00 |
| 144196<br>4/30/2021<br>WIP<br>YSA Productions (4/15/21) Paid Check 7993 -<br>$900.00 | EXP | MII<br>MISCELLANEOUS<br>Kevelson, Hillel #2 | 1 | 900.00 | 900.00 |
| 144096<br>5/10/2021<br>WIP<br>Review 5-10-21 Howlett Opp to Motion for SJ | TIME | MII<br>Review<br>Kevelson, Hillel #2 | 0.75<br>0.00<br>0.75<br>0.00 | 475.00<br>C@1 | 356.25 |
| 144172<br>5/11/2021<br>WIP<br>Transcript Cost - CRT Support - Invoice 14767 -<br>Paid Check 8011 - $49.50 | EXP | MII<br>Transcript<br>Kevelson, Hillel #2 | 1 | 49.50 | 49.50 |

7/16/2021
3:50 PM                                    Slip Listing                                    Page      17

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 144581                   EXP<br>5/28/2021<br>WIP<br>Transcript Cost - CRT Support - Invoice 14783 -<br>$Paid Check 8106 - $616.50 | Mll<br>Transcript<br>Kevelson, Hillel #2 | 1 | 616.50 | 616.50 |
| 144665                   EXP<br>6/8/2021<br>WIP<br>Dr. Karen T. Kimberlin, Speech Language Learning<br>Connection LLC | Mll<br>Evaluation Fee<br>Kevelson, Hillel #2 | 1 | 3112.50 | 3112.50 |
| 144666                   EXP<br>6/8/2021<br>WIP<br>Dyslexia Connections of NJ (Kathleen Carne) | Mll<br>Evaluation Fee<br>Kevelson, Hillel #2 | 1 | 1800.00 | 1800.00 |
| 144667                   EXP<br>6/8/2021<br>WIP<br>Dyslexia Connection (Kathleen Carne) | Mll<br>Evaluation Fee<br>Kevelson, Hillel #2 | 1 | 400.00 | 400.00 |
| 145418                   EXP<br>6/21/2021<br>WIP<br>Transcript Cost - CRT Support Corp. Invoice 14841 -<br>Paid Check 8170 - $1,143.50 | Mll<br>Transcript<br>Kevelson, Hillel #2 | 1 | 1143.50 | 1143.50 |
| 145419                   EXP<br>6/21/2021<br>WIP<br>Postage 1 @ $0.51 each | Mll<br>Postage<br>Kevelson, Hillel #2 | 1 | 0.51 | 0.51 |
| 145025                   TIME<br>6/22/2021<br>WIP<br>Review 6-22-21 Johnston to 3rd Circuit | Mll<br>Review<br>Kevelson, Hillel #2 | 0.58<br>0.00<br>0.58<br>0.00 | 475.00<br>C@1 | 277.08 |

| Grand Total | | | | |
|---|---|---|---|---|
| | Billable | 104.60 | | 66998.26 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 104.60 | | 66998.26 |

