**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HATIKVAH INTERNATIONAL ACADEMY CHARTER SCHOOL, INC., | Civil Action No. 3:21-16324 |
| Plaintiffs, | |
| v. | |
| EAST BRUNSWICK TOWNSHIP OBARD OF EUDCATION (Petitioner Below) and A.K. and R.K. o/b/o H.K. (Respondents Below), a minor | **CERTIFICATION** |
| Defendants. | |

**CERTIFICATION IN SUPPORT OF THE VERIFIED ANSWER AND CROSS CLAIM AS TO EAST BRUNSWICK TWP. BD. OF ED. PURSUANT TO 20 U.S.C. § 1415(i)(2)**

I, Michael I. Inzelbuch, Esq., state as follows:

1.      I am an attorney practicing in the State of New Jersey.

2.      I agree that the September 27, 2021, submission is, to the best of my knowledge, true and accurate.

DATED: **September 27, 2021**

*s/Michael I. Inzelbuch, Esquire*
_____
**MICHAEL I. INZELBUCH, ESQ.**
**ATTORNEY FOR PLAINTIFFS**