**CLEARY GIACOBBE ALFIERI & JACOBS, LLC**
Jodi S. Howlett, Esq.
955 State Route 34
Suite 200
Matawan, NJ 07747
Tel. No. (732) 583-7474
*Attorneys for Defendant, East Brunswick Board of Education*

| | |
|---|---|
| HATIKVAH INTERNATIONAL CHARTER SCHOOL, INC.,<br><br>      Plaintiff,<br>v.<br><br>EAST BRUNSWICK BOARD OF EDUCATION, et al.,<br><br>      Defendants. | Civil Action<br><br>Docket No.:  3:21-cv-16324-FLW-DEA<br><br>**[Proposed] ORDER** |

**THIS MATTER** having been brought before the Court upon the application of Cleary Giacobbe Alfieri Jacobs, LLC, attorneys for the Defendant, East Brunswick Board of Education ("Defendant"), for an order dismissing co-Defendants' A.K. and R.K.'s Crossclaim for Attorney's Fees, and the Court having considered the papers submitted and for good cause shown;

**IT IS** on this day of _____, 2022:

**ORDERED** that Defendant East Brunswick Board of Education's Motion to Dismiss co-Defendants' A.K. and R.K.s' Crossclaim for Attorney's Fees is **GRANTED** and the Crossclaim is **dismissed**; and,

**IT IS FURTHER ORDERED** that a copy of this Order shall be deemed served on all parties upon upload to the docket.

_____

, J.